Decided September 8, 2004

STATE OF CONNECTICUT *v.* ANTHONY MARSHALL

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 418 (AC 23708), is denied.

*Daniel J. Krisch,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided September 8, 2004

CHRISTOPHER NEUHAUS ET AL. *v.* CORINNE DECHOLNOKY ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 83 Conn. App. 576 (AC 23946), is granted, limited to the following issue:

"Did the Appellate Court improperly determine that the plaintiffs' claims against the named defendant, Corinne DeCholnoky, were barred by the three year repose section of General Statutes § 52-584, and that the continuing course of conduct doctrine did not apply?"

The Supreme Court docket number is SC 17250.

*Carey B. Reilly,* in support of the petition.

*David J. Robertson,* in opposition.

Decided September 8, 2004